**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1348NE

_____

United States of America,    *
                             *
                Appellant,   *    Appeal from the United States
                             *    District Court for the District of
        v.                   *    Nebraska.
                             *
Edward E. Brown,             *        [UNPUBLISHED]
                             *
                Appellee.    *

_____

Submitted:  September 11, 1997
    Filed:  September 18, 1997

_____

Before FAGG, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

The Government appeals the district court's order denying the Government's pretrial motion to introduce evidence of other crimes. We review the district court's ruling for abuse of discretion. Having carefully considered the record and the parties' briefs and arguments, we conclude the ruling of the district court was correct. Because the appeal involves the straightforward application of settled principles of law, an extended discussion of the issue on appeal will serve no useful purpose. We thus affirm and remand for further proceedings. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.